SEP. 13. 2000 4:21PM LAW OFFICE NO. 0161 P. 2 002
NO. 0156 P. 2

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Annette Robledo,

Plaintiff,

vs.

Allied Interstate Inc. and
Marcel Fields,

Defendants.

Case No. 00-2074 ADM/SRN

**STIPULATION TO EXTEND TIME TO ANSWER**

The parties to the above-entitled matter, through their respective counsel, hereby stipulate and agree that the Defendants may have up to and including September 20, 2000 to file an answer in this matter and further request the Court to enter an order pursuant to this Stipulation.

Dated: September 13, 2000

LUNDGREN & SHEARIN

David Lundgren (#227018)
649 Grand Avenue
St. Paul, MN 55105

(651) 224-1313

Dated: September 13, 2000

JACKSON LEWIS SCHNITZLER
& KRUPMAN

David J. Duddleston (#139804)
Susan M. Bazil (#292631)
150 Fifth Street Tower, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131

FILED SEP 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**ORDER**

It is hereby ordered that Defendants shall have up to and including September 20, 2000 to answer Plaintiff's Complaint in this matter.

Dated this 13th day of September, 2000.

BY THE COURT:

Susan Richard Nelson