**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Annette Robledo,

Plaintiff,

vs.

Allied Interstate Inc. and Marcel Fields,

Defendants.

Court File No. 00-2074 ADM/SRN

**STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINE AND ORDER**

---

**WHEREAS**, the Court's pre-trial scheduling order of April 16, 2001, established that the deadline for rebuttal expert disclosures shall be May 23, 2001; and

**WHEREAS,** Defendant has been diligent in its efforts to schedule an independent medical examination capable of meeting this deadline; and

**WHEREAS,** scheduling difficulties have arisen through no fault of defendant, and this deadline may no longer be met;

**WHEREAS,** the parties have agreed that the rebuttal expert disclosure deadline should be extended until June 15, 2001 to allow the independent medical examination to be completed and report made;

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and among the parties through their respective counsel that the scheduling order should be modified as follows:

1. That the current deadline for rebuttal expert disclosures shall be extended to June 15, 2001.

FILED MAY 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: May 16, 2001

David Lundgren # 227018
**Lundgren & Shearin**
649 Grand Avenue
St. Paul, MN 55105
(651) 224-1313

**Attorneys for Plaintiff**

Dated: May 14, 2001

Thomas Marshall #155597
Shelly B. Martin #287079
**Jackson, Lewis, Schnitzler & Krupman**
150 South Fifth Street, Suite 2800
Minneapolis, MN 55402
(612) 341-8131

**Attorneys for Defendant Allied Interstate**

Dated: May 11, 2001

Susan K. Fitzke

John J. McDonald, Jr. #136815
Susan K. Fitzke #294032
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

**Attorneys for Defendant Marcel Fields**

**ORDER**

Pursuant to the foregoing Stipulation of the parties,

**IT IS HEREBY ORDERED:**

That the Scheduling Order dated April 16, 2001 is hereby amended as follows:

1. That the current deadline for rebuttal expert disclosures shall be extended to June 15, 2001.

**BY THE COURT:**

Dated: May 17, 2001

Susan Richard Nelson

Honorable Susan Richard Nelson
United Stated Magistrate Judge

884026.1